### In the Matter of Sonya Genice MOODY.

#### No. 1146 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 23, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 23rd day of June, 2006, Sonya Genice Moody having been disbarred from the practice of law in the State of New York by Opinion and Order of the Supreme Court of the State of New York, Appellate Division: Second Judicial Department, filed January 24, 2006; the said Sonya Genice Moody having been directed on April 25, 2006, to inform this Court of any claim she has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Sonya Genice Moody is disbarred from the practice of law in this

Commonwealth, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

### In the Matter of Ronald Alonzo WRIGHT.

#### No. 1138 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 23, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 23rd day of June, 2006, Ronald Alonzo Wright having been suspended from the practice of law in the District of Columbia for a period of one year by Opinion and Order of the District of Columbia Court of Appeals decided October 20, 2005; the said Ronald Alonzo Wright having been directed on April 7, 2006, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Ronald Alonzo Wright is suspended from the practice of law in this Commonwealth consistent with the Opinion and Order of the District of Columbia Court of Appeals decided October 20, 2005, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.